**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PAUL LAWRENCE MORANT, JR.,

Plaintiff,

vs.

STATE OF ALABAMA, HENRY COUNTY SHERIFF'S DEPARTMENT, CITY OF ABBEVILLE POLICE DEPARTMENT, OPELIKA POLICE DEPARTMENT, HEADLAND POLICE DEPARTMENT, DALEVILLE POLICE DEPARTMENT, LARRY K. ANDERSON, NEAL BRADLEY, JESSE INGRAM, JUDD ETHERIDGE, PATRICK BURRUS JONES, III, SPENCER WAYNE DANZEY, VICTOR MARTELL REVILL, MICHAEL RUSS GOODMAN, and G&I BONDING COMPANY,

Defendants.

CIVIL ACTION FILE

NO. 1:17-cv-3191-MHC

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of defendants' Motions to Dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover its costs of this action, and the action be, and the same hereby, is **dismissed** for lack of personal jurisdiction.

Dated at Atlanta, Georgia, this 22nd day of January, 2018.

JAMES N. HATTEN
CLERK OF COURT

By: s/ Bao Tran Le
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 22, 2018
James N. Hatten
Clerk of Court

By: s/ Bao Tran Le
Deputy Clerk